UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER LAMONT HARVEY,**

       Plaintiff,

v.

**KALAMAZOO COUNTY,** a governmental unit,
**ROBERT ADAMS** in both his individual and
official capacities, and
**HEATHER MITCAVISH** in both her individual
and official capacities,

       Defendants.

Case No. 26-cv-00335
Mag. Judge Ray Kent

## ORDER ALLOWING SUBSTITUTION OF ATTORNEYS

Upon reading of the concurrently filed Consent to Substitution of Attorneys:

It is hereby ordered that the substitution of **ROSATI SCHULTZ JOPPIC &**

**AMTSBUECHLER, PC** replaces **SEWARD HENDERSON PLLC** on behalf of

Defendant, **ROBERT ADAMS**, be and hereby is allowed.

IT IS SO ORDERED.

RAY KENT
U.S. DISTRICT COURT MAGISTRATE JUDGE