UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LAMONT HARVEY,

     Plaintiff,

v.

KALAMAZOO COUNTY, a governmental
unit; ROBERT ADAMS, in both his
individual and official capacities; and
HEATHER MITCAVISH, in both her
individual and official capacities,

     Defendants.

Case No. 26-cv-335

MAG JUDGE RAY KENT

---

Andrew Sullivan (P84261)
Attorney for Plaintiff
Community Law Office
2937 E Grand Blvd.,
Detroit, MI 48202
(313) 391-1141
andrew@communitylawoffice.org

 Kali M L Henderson (P76479)
Seward Henderson PLLC
Attorney for Defendant Heather Mitcavish
210 East 3rd St.
Suite. 212
Royal Oak, MI 48067
(248) 733-3580
khenderson@sewardhenderson.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho PLC
Attorneys for Defendant Kalamazoo
County
2851 Charlevoix Drive SE, Ste. 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Andrew J. Brege (P71474)
Rosati, Schultz, Joppich & Amtsbuechler
Attorney for Defendant Robert Adams
822 Centennial Way, Ste. 270
Lansing MI  48917
(517) 886-3800
abrege@rsjalaw.com

---

**STIPULATED ORDER
TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

{02584626-1 }

It is hereby stipulated by Plaintiff and Defendant Kalamazoo County, through their respective counsel, that Defendant Kalamazoo County shall have until May 29, 2026 to file an Answer, or otherwise respond, to Plaintiff's Complaint.

IT IS SO ORDERED.


Dated: _____

HON. Ray Kent
United States Magistrate Judge


**We hereby stipulate to entry of the above Order:**


Dated: May 26, 2026                */s/ Andrew Sullivan     w/ permission*
Andrew Sullivan (P84261)
Community Law Office
Attorney for Plaintiff


Dated: May 26, 2026                */s/ Kristen Rewa_____*
Allan C. Vander Laan (P33898)
Cummings, McClorey, Davis & Acho PLC
Kristen Rewa (P73043)
Attorneys for Defendant Kalamazoo County

{02584626-1 }