UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
-SOUTHERN DIVISION-

CHRISTOPHER LAMONT HARVEY,
Plaintiff

vs.

KALAMAZOO COUNTY,
ROBERT ADAMS, and
HEATHER MITCAVISH,
Defendants

Case No. 26-cv-335

Magistrate Judge Ray Kent

Andrew Sullivan (P84261)
*Attorney for Plaintiff*
Community Law Office PLLC
2937 E Grand Blvd.,
Detroit, Michigan 48202
(313) 391-1141
andrew@communitylawoffice.org

Kali M. L. Henderson (P76479)
Seward Henderson PLLC
*Attorney for Defendant Heather Mitcavish*
210 East 3rd St., Ste 212
Royal Oak, MI 48067
(248) 733-3580
khenderson@sewardhenderson.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho PLC
*Attorneys for Defendant Kalamazoo County*
2851 Charlevoix SE, Ste. 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Andrew J. Brege (P71474)
Rosati, Schultz, Joppich & Amtsbuechler
*Attorney for Defendant Robert Adams*
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com

### STIPULATED ORDER
### TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff and Defendant Kalamazoo County, through their respective counsel, stipulate to

good cause for a 10-day extension of Plaintiff's deadline for filing a response to Defendant

Kalamazoo County's Motion to Dismiss.  Counsel for Plaintiff was out-of-office from June 7 to June 21 and has thus not had adequate time to thoroughly brief the issues raised.

IT IS HEREBY ORDERED that Plaintiff's response to Defendant Kalamazoo County's Motion to Dismiss shall now be due July 6, 2026.

IT IS SO ORDERED.


Dated: July 1, 2026                              /s/ Ray Kent
                                                 _____
                                                 Ray Kent
                                                 United States Magistrate Judge


We hereby stipulate to entry of the above Order:


Dated: June 24, 2026                    /s/ Andrew Sullivan
                                        Andrew Sullivan (P84261)
                                        Community Law Office
                                        Attorney for Plaintiff

Dated: June 24, 2026                    /s/ Kristen Rewa
                                        Kristen Rewa (P73043)
                                        Allan C. Vander Laan (P33898)
                                        Cummings, McClorey, Davis & Acho PLC
                                        Attorneys for Defendant Kalamazoo County