UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
-SOUTHERN DIVISION-

| | |
|---|---|
| CHRISTOPHER LAMONT HARVEY,<br>Plaintiff<br><br>vs.<br><br>KALAMAZOO COUNTY,<br>ROBERT ADAMS, and<br>HEATHER MITCAVISH,<br>Defendants | Case No. 26-cv-335<br><br>Chief Judge Hala Y. Jarbou<br><br>Magistrate Judge Ray Kent |

Andrew Sullivan (P84261)
*Attorney for Plaintiff*
Community Law Office PLLC
1451 Bagley Street, Suite 2,
Detroit, Michigan 48216
(313) 391-1141
andrew@communitylawoffice.org

Kali M. L. Henderson (P76479)
Seward Henderson PLLC
*Attorney for Defendant Heather Mitcavish*
210 East 3rd St., Ste 212
Royal Oak, MI 48067
(248) 733-3580
khenderson@sewardhenderson.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho PLC
*Attorneys for Defendant Kalamazoo County*
2851 Charlevoix SE, Ste. 203
Grand Rapids, MI 49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

Andrew J. Brege (P71474)
Rosati, Schultz, Joppich & Amtsbuechler
*Attorney for Defendant Robert Adams*
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com

**Stipulated Order Modifying Scheduling Order**

Parties stipulate to good cause for a 90-day extension of deadlines for completion of discovery and dispositive motions. Parties are exchanging responses to discovery requests. The primary factor for courts' analysis of good cause is whether parties made diligent efforts to meet the original deadline. *Leary v. Daeschner*, 349 F.3d 888, 906 (6th Cir. 2003). In the present case, Plaintiff diligently sent requests to Defendant Kalamazoo County on September 4, 2026. These

requests required Defendant Kalamazoo County, working diligently, 30 additional days to provide complete responses, making responses due November 4, 2026. Plaintiff needs time to review those responses prior to scheduling depositions, and scheduling depositions becomes more difficult during the holiday season.

Additionally, Defendants sent written discovery requests to Plaintiff. Some of those responses remain outstanding and authorizations for Plaintiff's medical records were only recently received. Given the time associated with ordering related records, Defendants' counsel cannot expect to have the records for several weeks, if not months. Defendants' experts will also require time to receive and review these records. These items will also be needed to prepare for Plaintiff's deposition, which is presently scheduled for December 16, 2026. An independent medical examination of Plaintiff also remains outstanding. Defendants' counsel has already been advised that at least one of its experts will be out of the office for much of the next month, delaying this independent medical examination.

Counsel also anticipate that scheduling will be complicated by the upcoming holidays, particularly with regard to scheduling expert depositions.

Parties agree that these circumstances constitute good cause for 90-day extensions to various deadlines.

IT IS ORDERED that the scheduling order be modified to require completion of discovery on or before April 5, 2027.

IT IS FURTHER ORDERED that the deadline for Defendants' expert reports be extended to March 1, 2027.

IT IS FURTHER ORDERED that the scheduling order be modified to require filing of dispositive motions on or before May 4, 2027.

SO ORDERED.

Dated: November 16, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge

So Stipulated and Approved as to form:

Dated: November 3, 2026

/s/ Andrew Sullivan
Community Law Office PLLC
Attorney for Plaintiff

Dated: November 3, 2026

/s/ Kristin Rewa
Cummings, McClorey, Davis & Acho PLC
Attorney for Defendant Kalamazoo County

Dated: November 3, 2026

/s/ Thomas Beindit
Rosati, Schultz, Joppich & Amtsbuechler
Attorney for Defendant Robert Adams

Dated: November 3, 2026

/s/ Rupa Bandi
Seward Henderson PLLC
Attorney for Defendant Heather Mitcavish